UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00159-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **OSMAN BAH,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Motion to File a Document Regarding His Sentence Under Seal. Having considered defendant's motion and reviewed the pleadings, and finding that the requirements of L.Cr.R 55.1 have been met, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to File a Document Regarding His Sentence Under Seal (#25) is **GRANTED**, and defendant is allowed to file a Motion Concerning Sentence under seal as such motion likely contains attorney-client or otherwise privileged information.

Signed: January 25, 2013

Max O. Cogburn Jr.
United States District Judge